AO 470 (12/03) Order of Temporary Detention

**FILED**

SEP 2 1 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

UNITED STATES OF AMERICA

vs.

(1) JAYLYN CHRISTOPHER
　　MOLINA
　　*Defendant*

§
§
§
§
§
§

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: SA:20-MJ-1128

Upon Motion of the ................ GOVERNMENT ................................ , it is ORDERED that a

### PRELIMINARY / DETENTION HEARING

is set for ................ September 28, 2020 ................ *at*  10:00AM

*Date*  *Time*

before
in the　　United States Magistrate Richard B. Farrer

Courtroom A, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655
East Cesar E. Chavez Boulevard, San Antonio, TX

*Location of Judicial Officer*

Pending this hearing, the defendant shall be held in custody by (the United States Marshal)

( _____ )

and produced for the hearing. The Court specifically finds that exceptional circumstances presented by
the current health-care crisis involving the ongoing COVID-19 pandemic require a 5-day continuance
of the detention hearing.

September 21, 2020
*Date*

RIC　　　. ARRER
UNITED STATES MAGISTRATE JUDGE

---

• If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of
the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(t) are present. Subsection (1) sets forth the grounds
that may be asserted by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the
attorney for the Government or upon the officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will
obstruct or attempt to obstruct justice, or threaten, injure, or attempt to threaten, injure, or intimidate a prospective witness or
juror.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

UNITED STATES OF AMERICA  §
*Plaintiff,*  §
 §   No.:  SA:20-M -01128(1)
vs.  §
 §
 §
(1) JAYLYN CHRISTOPHER MOLINA  §
*Defendant,*  §

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court.  A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

**Date** _____     **Defendant** _____

**Name of Attorney for Defendant (Print)** _____

**Date** _____     **Signature of Attorney for Defendant** _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,* | § | |
| | § | |
| | § | No.: SA:20-M -01128(1) |
| vs. | § | |
| | § | |
| (1) JAYLYN CHRISTOPHER MOLINA | § | |
| *Defendant,* | § | |

**WAIVER OF DETENTION HEARING**

At the initial appearance, the government requested that I be detained without bond pending trial pursuant to Title 18 U.S.C. Section 3142(f).

I am aware of my right to a detention hearing and to require the government to meet its burden of proving that no conditions of release exist which will reasonably assure my appearance in court and the safety of the community.  I know that if I waive my detention hearing, I will remain in custody pending trial. By signing this Waiver of Detention Hearing I acknowledge that I have no questions and understand my rights and the consequences of waiving those rights, and agree to be detained without bond pending trial.

_____          _____
**Date**                                                    **Defendant**

                                                            _____
                                                            **Name of Attorney for Defendant (Print)**

_____          _____
**Date**                                                    **Signature of Attorney for Defendant**