UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| *Plaintiff,* | § | |
| | § | No.: SA:20-CR-00488(2)-OLG |
| vs. | § | |
| | § | |
| (2) JAYLYN CHRISTOPHER MOLINA | § | |
| *Defendant,* | § | |

**ORDER SETTING REARRAIGNMENT AND PLEA**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for

REARRAIGNMENT AND PLEA, in the **Courtroom A, 655 East Cesar E. Chavez Boulevard,**

**SAN ANTONIO, Texas, on Monday, January 25, 2021 at 2:30 PM.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to

the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services Office and

the U.S. Probation Office.  Further, counsel for the defendant shall notify the defendant of this setting.

If the defendant is on bond, he shall be present.

**IT IS SO ORDERED** on this **11th day of January, 2021.**

_____
**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**