**FILED**

JAN 2 5 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,* | § § § § § § § § | No.: SA:20-CR-00488(2)-OLG |
| vs. | | |
| (2) JAYLYN CHRISTOPHER MOLINA<br>*Defendant,* | | |

### ORDER SETTING SENTENCING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for **SENTENCING PROCEEDINGS in Courtroom Number One, First floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, (formerly E. Durango Boulevard) San Antonio, Texas on Thursday, April 22, 2021 at 10:30 a.m.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, U.S. Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if defendant is on bond, advise defendant that he must be present at the sentence proceedings.

**IT IS SO ORDERED** on **January 25, 2021.**

*[signature]*

**RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE**