# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| USA § | |
| § | CRIMINAL NO: |
| vs. § | SA:20-CR-00488(2)-OLG |
| § | |
| (2) JAYLYN CHRISTOPHER MOLINA § | |

## ORDER CANCELLING SENTENCING - IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **SENTENCING - IN PERSON on Thursday, January 20, 2022 at 09:30 AM is hereby CANCELLED until further order of the court**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled.

IT IS SO ORDERED this 12th day of January, 2022.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE