UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| USA | § |
| | §   CRIMINAL NO: |
| vs. | §   SA:20-CR-00488(2)-OLG |
| | § |
| (2) JAYLYN CHRISTOPHER MOLINA | § |

## ORDER CANCELLING SENTENCING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **SENTENCING on Thursday, April 28, 2022 at 09:30 AM is hereby CANCELLED until further order of the court**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. If the defendant is on bond, counsel for the defendant shall notify the defendant that this matter is cancelled.

IT IS SO ORDERED this 27th day of April, 2022.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE